STATE OF LOUISIANA IN
THE INTEREST OF G.S.

*     NO. 2019-CA-0605

*     COURT OF APPEAL

*     FOURTH CIRCUIT

*     STATE OF LOUISIANA

*

*

* * * * * * *

DYSART, J., CONCURS.